STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANNE C. HSIEH (CABN 288159)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-0910
    FAX: (408) 535-5081
    Anne.Hsieh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> IONUT GANEA, <br> a/k/a JOHN DOE <br>     Defendant. | CASE NO. 5:20-MJ-71268-MAG <br><br> UNITED STATES' APPLICATION AND [PROPOSED] ORDER TO UNSEAL COMPLAINT AND ARREST WARRANT |

    The United States, through undersigned counsel, respectfully moves this Court to unseal the above-caption matter, including the Complaint and Arrest Warrant. The defendant has been charged under his true name by Indictment and it is no longer necessary for the case to be sealed.

DATED:                                     Respectfully submitted,

                                                      STEPHANIE M. HINDS
                                                      United States Attorney

                                                      */s/ Anne C. Hsieh*_____
                                                      ANNE C. HSIEH
                                                      Assistant United States Attorney

**[PROPOSED] ORDER**

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the Complaint and Arrest Warrant in the above-captioned matter be unsealed.

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge